**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 13, 2020

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

**Re:     *United States v. Rafael Rivera*, 19 Cr. 562-1 (KMK)**

Dear Judge Karas:

The Government respectfully submits this letter, with the consent of defense counsel, to request an adjournment of Defendant Rafael Rivera's sentencing, currently scheduled for January 28, 2020, to February 24 or 25, or a date thereafter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/ David R. Felton
David R. Felton/Samuel L. Raymond
Assistant United States Attorneys
Tel: (914) 993-1908/(212) 637-6519

Granted.
Sentence is adjourned to
2/26/20, at 2:00.

So Ordered.
KMK
1/13/20