# Law Offices of
# Daniel A. Hochheiser

Attorney At Law
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(646) 863-4246

March 16, 2020

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   USA v. Rivera, et. al 19 CR 562 (KMK)
      REQUEST FOR ADJOURNMENT

Your Honor:

I am assigned counsel for Defendant Damon Hawkins, a defendant in the above-referenced matter scheduled for a status conference tomorrow March 17, 2020 at 11:30 a.m.. Co-defendant Jamal Stephenson, represented by Michael Burke, Esq., is also scheduled to appear at tomorrow's conference. The Government is represented by AUSA David Felton.

In light of the coronavirus pandemic, counsel requests an **adjournment** to a date **on or after April 20, 2020**. In the event Your Honor wishes to proceed with tomorrow's conference, alternatively, counsel request a conference call by telephone, in lieu of an in-court conference. Should Your Honor order a conference call by telephone, counsel requests permission to waive defendant's appearance. Counsel would, of course, notify clients of new dates/developments by letter, should Your Honor grant this application. Should Your Honor grant an adjournment, counsel consents to an exclusion of speedy trial time commensurate with this request.

The Government and Mr. Burke have no objection to this request and join in it.

Granted.
The next conference will be on 4/23/20, at 2:00. Time is excluded until then, in the interests of justice. See 18 U.S.C. § 3161(h)(7)(A).

So Ordered
KMK
3/16/20

Very truly yours,

Daniel A. Hochheiser

All counsel via ECF